BENTON, J.,
concurring.
The repetitive trauma that gave rise to the appellee’s carpal tunnel syndrome diagnosed as of April 1, 1999, and accepted by the employer as compensable at that time has allegedly again given rise to a need to treat the syndrome. After all, appellee alleges that she has continued to do the same kind of work for the same employer. This time, because the employee declined surgery and sought no other treatment for a year so that the statute of limitations on the “April 1, 1999 date of accident” had run, the employer elected to put the employee to her proof, as it was legally entitled to do. In the circumstances, however, nothing in today’s decision should be understood as holding that, in the event of a subsequent claim, proof of repetitive trauma while working for this employer must be limited to any one time segment.